1



**COUNTY OF MONTGOMERY**
COURT HOUSE
P.O. BOX 311
NORRISTOWN, PENNSYLVANIA
19404-0311

OFFICE OF THE DISTRICT ATTORNEY

MICHAEL D. MARINO
DISTRICT ATTORNEY

BRUCE L. CASTOR, JR.
FIRST ASSISTANT DISTRICT ATTORNEY

OSCAR P. VANCE
CHIEF COUNTY DETECTIVE

ANNE C. METZ
OFFICE ADMINISTRATOR

DISTRICT ATTORNEY'S OFFICE   (610) 278-3090   FAX (610) 278-3095
COUNTY DETECTIVE BUREAU      (610) 278-3368   FAX (610) 278-3843

February 17, 1999

Mr. Reginald A. Roberts
215 East Basin Street
Norristown, PA 19401

Dear Mr. Roberts:

Please be advised that you are being hired as a Montgomery County Detective effective Monday, March 15, 1999.

Very truly yours,

Michael D. Marino

## SALARY BOARD

County Commissioners

February 25, 1999

99-S. 183

On motion of Mr. Buckman, seconded by Mr. Maza, it was unanimously adopted, that an annual salary of $46,200.00 be approved for **REGINAL A. ROBERTS**, 215 East Basin Street, #1, Norristown, PA 19401, appointed as a full-time County Detective, **District Attorney Department**, effective March 15, 1999.

XC: File
     Chief Clerk
     Human Resources
     Payroll
     Retirement
     Department



## COUNTY DETECTIVE

STATE OF PENNSYLVANIA

MONTGOMERY COUNTY

SS: MISC. NO. 219 JANUARY 1999

I, **REGINALD A. ROBERTS,** DO SOLEMNLY SWEAR THAT I WILL SUPPORT, OBEY AND DEFEND THE CONSTITUTION OF THE UNITED STATES AND THE CONSTITUTION OF THIS COMMONWEALTH, AND THAT I WILL DISCHARGE THE DUTIES OF MY OFFICE WITH FIDELITY.

SWORN TO AND SUBSCRIBED BEFORE ME THIS FIFTEENTH DAY OF MARCH, A.D. 1999.

_____
J.

_____
REGINALD A. ROBERTS

99 MAR 15 PM 2:26
CLERK OF COURTS OFFICE
MONTGOMERY COUNTY
PENNA.