2

# APPLICATION FOR HEART AND LUNG BENEFITS

To:   Toni M. Luter, Montgomery County Human Resources
Benefits Administration Supervisor.
From:  Montgomery County Detective, Reginald A. Roberts
Date:  February 1, 2008
Re:  Request for Heart and Lung Benefits

On Monday November 26, 2007 I began calling out sick and
have been out of work consistently beginning on December 21,
2007, due to illness as a result of the performance of my
duties as a detective.  As a result of the treatment for that
illness, I was diagnosed on January 29, 2008 for a positive
PPD test for tuberculosis (refer to the attached document
prepared by Carol R. Fleischman, M.D., F.A.C.P.).

As a result of that diagnosis I am now temporarily, totally
disabled and unable to perform my duties as a detective.  My
doctor has engaged in a course of treatment and has informed
me that with continued treatment and care, I will be able to
return to my position in the future.  If you need any medical
information pertaining to my illness, I will be happy to supply
it to you.

During the course of my recovery, I would expect to be
compensated under the Pennsylvania Heart and Lung Act, 53
P.S. Section 637.  This law entitles me to full payment of all
wages and fringe benefits, without deduction of any Federal,
State or Local taxes.  In addition, I am entitled to all pay raises
as well as other benefits to which an active detective would be
entitled.

Detective Reginald A. Roberts

## APPLICATION FOR HEART AND LUNG BENEFITS

To:  Oscar P. Vance Jr., Montgomery County Chief Detective
From:  Montgomery County Detective, Reginald A. Roberts
Date:  February 1, 2008
Re:  Request for Heart and Lung Benefits

On Monday November 26, 2007 I began calling out sick and have been out of work consistently beginning on December 21, 2007, due to illness as a result of the performance of my duties as a detective.  As a result of the treatment for that illness, I was diagnosed on January 29, 2008 for a positive PPD test for tuberculosis (refer to the attached document prepared by Carol R. Fleischman, M.D., F.A.C.P.).

As a result of that diagnosis I am now temporarily, totally disabled and unable to perform my duties as a detective.  My doctor has engaged in a course of treatment and has informed me that with continued treatment and care, I will be able to return to my position in the future.  If you need any medical information pertaining to my illness, I will be happy to supply it to you.

During the course of my recovery, I would expect to be compensated under the Pennsylvania Heart and Lung Act, 53 P.S. Section 637.  This law entitles me to full payment of all wages and fringe benefits, without deduction of any Federal, State or Local taxes.  In addition, I am entitled to all pay raises as well as other benefits to which an active detective would be entitled.

Detective Reginald A. Roberts