IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Reginald A. Roberts | : | CIVIL ACTION |
|     Plaintiff | : | |
| | : | |
| v. | : | |
| | : | NO. 09-4895 |
| Risa Vetri Ferman, et al. | : | |
|     Defendants | : | |

## ORDER

**AND NOW**, this 7th day of October, 2010, it is hereby **ORDERED** that after considering Plaintiff's First Motion for Partial Summary Judgment (Doc. No. 16), Defendant's Response (Doc. No. 22), and Plaintiff's Reply (Doc. No. 38), Plaintiff's Motion for Summary Judgment is **DENIED**.

BY THE COURT:

/s/ L. Felipe Restrepo
L. Felipe Restrepo
United States Magistrate Judge