IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


| | | |
|---|---|---|
| **Reginald A. Roberts** | : | CIVIL ACTION |
|       **Plaintiff,** | : | |
| | : | |
|       v. | : | |
| | : | |
| **Risa Vetri Ferman, et al.** | : | |
|       **Defendants.** | : | NO. 09-4895 |

## ORDER

AND NOW, this 17th day of February, 2011, having considered Plaintiff's Rule 65 Petition for Injunction (Doc. 59); Defendants' Response in Opposition (Doc. 62); Plaintiff's Reply (Doc. 63); Defendants' Supplemental Brief (Doc. 69); Plaintiff's Letter Brief (Doc. 75); Defendants' Second Supplemental Brief (Doc. 86); Plaintiff's Notice to Renew (Doc. 77); and oral argument heard on December 3, 2010, it is hereby ORDERED that Plaintiff's Petition for a Preliminary Injunction is DENIED.

BY THE COURT:

  /s/ L. Felipe Restrepo
L. FELIPE RESTREPO
UNITED STATE MAGISTRATE JUDGE